# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

JERMAINE D. CARPENTER )
)
)
Plaintiff

vs.  )   Case Number: 13-3094
)
LIBERTY HEALTHCARE, ALFREDA )
KIBBY, EUGENE MCADORY, )
SANDRA SIMPSON, ROBERT SMITH,
J. ANGEL. J. WILSON, J.
CHENOWETH, BRYANT MAYES,
JAMES CLAYTON, M. EHRGOTT, .
ARENDT and IDHS.

Defendants

## JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an Order entered by the Honorable Sue E. Myerscough on 3/04/2016, Defendant's motion for summary judgment is GRANTED. Judgment is entered in Defendants' favor and against Plaintiff.   This case is terminated with the Parties to bear their own costs. -------------------------------------------------------------------------------

6/10/2013: Per an Opinion entered by the Honorable Sue E. Myerscough, defendants Liberty Healthcare, Alfreda Kibby, IDHS and Sandra Simpson are dismissed.

3/19/2014:   Per a Text Order entered by the Honorable Sue E. Myerscough, defendant Robert Smith is dismissed.

**Dated: 3/04/2016**                    s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court